JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC, and HOWARD RICHMAN, as Trustee of The Peter Mark Richman Irrevocable Life Insurance Trust,<br><br>Defendants. | Case No. 2:09-cv-0006-AHM-PLA<br><br>**ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, the Court hereby orders this matter is hereby DISMISSED with prejudice, including all claims against all parties to this action. Each party is to bear its own costs and attorneys' fees associated with this action.

**IT IS SO ORDERED.**

Dated:    August __25, 2009

_____
Hon. A. Howard Matz
United States District Court,
Central District of California

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
SF01/ 651415.1

CASE NO. 2:09-CV-0006-AHM-PLA